



```
ORIGIN ID:OMAA  (402) 708-0567        SHIP DATE: 29JUN23
LARRY S GOLDSTROM                     ACTWGT: 1.10 LB
111 N HAPPY HOLLOW BLVD               CAD: 6755567/SSF02422

OMAHA, NE 68132
UNITED STATES US                      BILL CREDIT CARD

TO  US COURT OF APPEALS FOR THE
    EIGHTH CIRCUIT CLERK'S OFFICE
    THOMAS F EAGLETON CORTHOUSE
    111 SOUTH 10TH STREET ROOM 24.329
    ST. LOUIS MO 63102
    (000) 000-0000
    REF:
    DEPT:
```

TRK# 7805 3395 4382  0201

XN CPSA

FRI — 30 JUN 10:30A
PRIORITY OVERNIGHT

63102
MO-US STL

REL# 3785346

Appellate Case: 23-2487     Page: 1     Date Filed: 06/30/2023 Entry ID: 5291883